```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT VICINANZA and LUIS MORALES,

           Plaintiffs,

-against-

HORIZON WINDOW TREATMENTS, INC. and ERIC ABIKZER,

           Defendants.

1:22-cv-00657 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Post-Discovery conference scheduled for August 30, 2022 at 10:00 AM is ADJOURNED to August 30, 2022 at 11:00 AM.

**SO ORDERED.**

Date:  **June 13, 2022**
       **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**