```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT VICINANZA and LUIS MORALES,

                Plaintiffs,

-against-

HORIZON WINDOW TREATMENTS, INC. and ERIC ABIKZER,

                Defendants.

1:22-cv-00657 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court held a Status Conference with both parties on December 13, 2022. As discussed at that Conference, on or before December 14, 2022, Plaintiffs are HEREBY ORDERED to provide Defendants with two dates on which Defendants may conduct depositions of each Plaintiff. The provided dates must be no later than January 31, 2023.

    On or before December 20, 2022, Defendants must file a Status Letter informing the Court what dates they have chosen to depose the Plaintiffs. If Defendants are unable to depose the Plaintiffs on the provided dates, Defendants will be deemed to have waived the right to conduct depositions of the Plaintiffs. Defendants' Status Letter must also inform the Court whether they are prepared to either: (1) meaningfully engage in mediation in good faith or (2) go to trial.

**SO ORDERED.**

Date: December 13, 2022
       New York, NY

                                                     MARY KAY VYSKOCIL
                                                     United States District Judge