LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036

TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297

WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

---

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 11379
**Filed via ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2023

March 24, 2023

RE: *Vincent Vicinanza et. al. vs. Horizon Window Treatments, Inc. et. al.*
**Docket No. 1:22-cv-657 (Request for Extension of Time)**

Dear Judge Vyskocil:

Please allow this correspondence to serve as the Parties' First Request for an Extension of Time to file a joint letter for approval of the settlement in this matter. The Parties have exchanged settlement agreement drafts and are working towards finalization and execution of said agreements. The Parties request an additional two (2) weeks.

The Parties thank the Court for its attention to this matter.

Respectfully,

/S/
Lawrence Spasojevich, Esq.
*Attorney for Plaintiffs*

---

**Granted. SO ORDERED.**

Date: 3/25/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge